IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jacob M. Stallknecht,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>2B Wireless, LLC,<br><br>　　　　　　Defendant. | No. CV-13-01985-PHX-DJH<br><br>**ORDER** |

This matter is before the Court on the parties' Stipulation of Dismissal with Prejudice (Doc. 31).

**IT IS HEREBY ORDERED** that the Stipulation (Doc. 31) is **GRANTED** and that this action is **DISMISSED** with prejudice, each party to bear its own fees and costs.

Dated this 25th day of August, 2014.

_____
Diane J. Humetewa
United States District Judge